**Ernest COLLINS, Plaintiff–Appellant,**

v.

**WALT DISNEY WORLD COMPANY, Magic Kingdom Park/Lighting Dept. 62/720, Christie Sutherland, and James Harris, Defendants–Appellees.**

No. 05–1206.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2005.

*ORDER*

Upon consideration of the notice of appeal filed by Ernest Collins on January 25, 2005,

IT IS ORDERED THAT:

The appeal is hereby transferred to the United States Court of Appeals for the Eleventh Circuit. The clerk shall transmit a certified copy of this court's file to the Eleventh Circuit with this order.

**Paul C. CANO, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 05–3066.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2005.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.